UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 DEC 14 PM 2:40
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| PLAINTIFFS | * | CIVIL ACTION |
| versus | * | NO. 06-XXXXX[1] |
| ALLSTATE INSURANCE COMPANY | * | SECTION "F" |

ORDER

IT IS ORDERED: that counsel for all parties are ordered to appear for a status conference in Court on January 24, 2007 at 10:30 a.m.

IT IS FURTHER ORDERED: that the parties jointly submit an agenda for the January 24th status conference. The agenda must be submitted no later than 10 days prior to the status conference. The agenda should address all common features that can assist the

---

[1] This Order applies to all Hurricane Katrina cases filed against Allstate Insurance Company that are currently pending before Judge Feldman, including: C.A. Nos. 06-0481, 06-0617, 06-1585, 06-3437, 06-4137, 06-4266, 06-4372, 06-4474, 06-4484, 06-4486, 06-4562, 06-4660, 06-4684, 06-4924, 06-4990, 06-4996, 06-5065, 06-5457, 06-5484, 06-5881, 06-5885, 06-5934, 06-6040, 06-6072, 06-6143, 06-6145, 06-6272, 06-6301, 06-6648, 06-6677, 06-6849, 06-7143, 06-7269, 06-7275, 06-7292, 06-7411, 06-7472, 06-7552, 06-7623, 06-7648, 06-7654, 06-7772, 06-7867, 06-7908, 06-7909, 06-7912, 06-7942, 06-7944, 06-7972, 06-7985, 06-8120, 06-8121, 06-8139, 06-8218, 06-8272, 06-8445, 06-8561, 06-8574, 06-8581, 06-8661, 06-8669, 06-8776, 06-8817, 06-8839, 06-8956, 06-8969, 06-9090, 06-9187, 06-9219, 06-9267, 06-9451, 06-9508, 06-9583, 06-9625, 06-10464, 06-10476, 06-10480, 06-10538, and 06-10564. If counsel is aware of additional cases that should be listed herein, counsel is ordered to so advise the Court.

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No_____

Court in accomplishing joint case management and grouping of cases for the purposes of settlement and trial on the merits. Among the issues of particular interest to the Court include, but are not limited to: (1) the number of cases implicating the National Flood Insurance Program; (2) the number of cases implicating policy interpretation coverage disputes; (3) the number of cases implicating state law penalty statutes; (4) the number of separate individual claims that share a building or neighborhood that suffered the same type of damage; and (5) the range of damages amounts for individual claims.

Because of the large number of counsel involved, the Court is compelled to insist that the date of this conference will not be changed. If counsel have a conflict with the conference date, they must nevertheless have an associate attend the conference.

New Orleans, Louisiana, December 14, 2006.

*[signature]*
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE