UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PLAINTIFFS | CIVIL ACTION |
| v. | RE: KATRINA LITIGATION |
| ALLSTATE and STATE FARM INSURANCE COMPANIES | JUDGE FELDMAN |

ORDER

IT IS ORDERED: that appointed liaison counsel will make a report to the Court every 45 days to update the Court on the progress and results of the tiered-system approach to settlement of cases arising from Hurricane Katrina.

FURTHER, until progress in the tiered settlement plan can be observed, it is premature to discuss or provide for the compensation of common-benefit plaintiff attorneys.

New Orleans, Louisiana, May 10, 2007.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___