UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PLAINTIFFS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | RE: KATRINA LITIGATION |
| | * | |
| ALLSTATE / STATE FARM FIRE AND CASUALTY COMPANY | * * | SECTION F: JUDGE FELDMAN |
| | * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## CASE MANAGEMENT ORDER NO. 6

Pursuant to Fed. R. Civ. P. 16 and the inherent powers of this Court, this Court supplements and amends its prior Case Management Order No. 2.

The Court further orders as follows:

1. **Mandatory Track Selection.** The language in Case Management Order No. 2 that provided for a default track allotment if the plaintiff fails to select a track is hereby deleted. Each plaintiff must notify Defendant Liaison <u>and</u> Plaintiff Liaison in writing of the track on which he or she has elected to proceed: the Settlement Track, the Fast Track, or the Common Issue Track.

87726

2. **Track Selection.** The deadline for selection of track is hereby extended to July 1, 2007, notwithstanding any provision of Case Management Order No. 2 to the contrary.

3. **Document Production.** Case Management Order No. 2 provided that "[p]rice lists used by the estimatics software to adjust claims for the state of Louisiana for 8/29/2005 to the present, subject to a confidentiality agreement and a protective order" were to be produced by the insurer defendants. This provision of Case Management Order No. 2 is hereby deleted.

4. **Common Issue Discovery.** The June 23, 2007 deadline applicable to common issue discovery pursuant to Case Management Order No. 2 is hereby extended to July 20, 2007.

SO ORDERED this the 26th day of June, 2007.

_Martin L. C. Feldman_
UNITED STATES DISTRICT JUDGE