UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PLAINTIFFS | * | CIVIL ACTION |
| versus | * | RE KATRINA LITIGATION |
| ALLSTATE/STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "F" |

ORDER

The Court enters this order to avoid duplication of effort and unnecessary expense, as well as to simplify and expedite docketing. This Order pertains to cases in Section F relating to claims between State Farm and its homeowners and flood insureds and Allstate and its homeowners and flood insureds. The terms of this Order apply to any State Farm Fire and Casualty Company and/or Allstate Insurance Company Hurricane Katrina case filed in, transferred, or removed to Section F.

The Court has already designated Liaison Counsel: Allan Kanner of Kanner & Whiteley, LLC, as Plaintiff Liaison Counsel; and Charles L. Chassagnac, IV, of Porteous, Hainkel & Johnson, L.L.P. and Judy Barrasso of Barrasso, Usdin, Kupperman, Freeman and Sarver, L.L.C. are Defendant Liaison Counsel.

Because Liaison Counsel is responsible for disseminating non-case specific orders of the Court, IT IS ORDERED: that counsel for plaintiff and counsel for the defendant contact respective Liaison Counsel immediately to receive all applicable non-case specific orders.

IT IS FURTHER ORDERED: that all non-case specific orders are

docketed in C.A. Number 06-4474; counsel may also refer to that case for non-case specific orders.

New Orleans, Louisiana, September 12, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE